# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TERRY D. WILLIAMS & JULIE E. WILLIAMS  
630 E. STATE STREET, #200  
ROCKFORD, IL  61104

Case Number: 04-70942  
SSN-xxx-xx-1684 & xxx-xx-2958

Case filed on: 2/24/2004  
Plan Confirmed on: 4/23/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,140.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 998 | TERRY D. WILLIAMS | 0.00 | 0.00 | 12.80 | 0.00 |
| 999 | TERRY D. WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 12.80 | 0.00 |
| 001 | CITIZENS FINANCE | 500.00 | 500.00 | 500.00 | 219.71 |
| 002 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 500.00 | 500.00 | 500.00 | 219.71 |
| 001 | CITIZENS FINANCE | 3,442.16 | 0.00 | 0.00 | 0.00 |
| 002 | RESURGENT CAPITAL SERVICES | 708.00 | 708.00 | 708.00 | 120.77 |
| 003 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DOUBLEDAY BOOK CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | MIDNIGHT VELVET | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | MUTUAL MANAGEMENT SERVICES | 17,072.14 | 0.00 | 0.00 | 0.00 |
| 007 | RESURGENT CAPITAL SERVICES | 1,030.27 | 0.00 | 0.00 | 0.00 |
| 008 | ROCKFORD AMBULATORY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 631.69 | 0.00 | 0.00 | 0.00 |
| 011 | SBC CORPORATION | 269.98 | 0.00 | 0.00 | 0.00 |
| 012 | SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | STATE FARM INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SWISS COLONY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDITORS BANKRUPTCY SERVICE | 106.99 | 0.00 | 0.00 | 0.00 |
| 017 | LARRY WILLIAMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 65.86 | 0.00 | 0.00 | 0.00 |
| 019 | RJM ACQUISITIONS FUNDING LLC | 194.59 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 23,521.68 | 708.00 | 708.00 | 120.77 |
|  | Grand Total: | 25,385.68 | 2,572.00 | 2,584.80 | 340.48 |

Total Paid Claimant:     $2,925.28  
Trustee Allowance:       $214.72           Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:  100.00            discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008          By  /s/Heather M. Fagan